ANA MARGARITA LEMUS
PRO SE
115 Bucareli Drive
San Francisco, CA 94132

RECEIVED
MAR 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA MARGARITA LEMUS,<br><br>          Plaintiff Pro Se,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | Case No. 3:16-CV 06163-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 90 days to file her Motion for Summary Judgment in response to Defendant's Answer. The new due date for filing Plaintiff's Motion for Summary Judgment will be June 19, 2017.

This extension is necessary for Plaintiff to find an attorney to represent her in this matter. Plaintiff Pro Se sincerely apologizes to the Court and to Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:16-CV-06163-RS

Respectfully submitted,

Dated: March 10, 2017

*/s/ Ana Margarita Lemus*
(* as authorized in person on 03/10/17)
Plaintiff Pro Se

Dated: March 10, 2017

BRIAN J. STRETCH
United States Attorney
SARA WINSLOW,
Chief, Civil Division

By: */s/ Gina Tomaselli for Jennifer Lee Tarn*
(* as authorized by e-mail on 03/10/17)
JENNIFER LEE TARN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: __3/15/17__

By: _____
THE HONORABLE RICHARD SEBORG
United States District Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:16-CV-06163-RS